

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## INDICTMENT FOR CONSPIRACY TO EXCEED AUTHORIZED ACCESS OF A GOVERNMENT COMPUTER

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| v. | * | SECTION: **08-147** |
| TODD KELLY | * | VIOLATION: 18 U.S.C. § 371 |
| VICKY LYNN MUNN | | |
| CHARLES E. BARNETT, JR. | * | **SECT. F  MAG. 5** |
| * * * | | |

**The Grand Jury charges that:**

## COUNT 1

A. At all times material herein:

    1. The National Crime Information Center (NCIC) is an electronic data processing facility which electronically stores, among other things, the criminal histories of individuals throughout the United States. Access to the information contained therein is accessible only to authorized persons for authorized purposes. The NCIC is managed, operated and maintained by the United States Department of Justice, more particularly, the Federal Bureau of Investigation, pursuant to Title 28, Code of Federal Regulations, Section

20.31.

2. VICKY LYNN MUNN was a supervisor in the worthless checks division of the St. Tammany Parish District Attorney's Office in Covington, Louisiana, and, in connection with her official duties, had access to the NCIC.

3. TODD KELLY operated the Barnett Group of New Orleans, a private investigative firm.

4. CHARLES E. BARNETT, JR., operated the Barnett Group - Product Liability, a private investigative firm.

5. A portion of the private investigative work performed by the Barnett Group of New Orleans and the Barnett Group-Product Liability involved researching and compiling the criminal histories of various individuals.

B. The Conspiracy

Beginning in or about January 2003, and continuing through on or about May 13, 2004, in the Eastern District of Louisiana and elsewhere, defendants VICKY MUNN, TODD KELLY, and CHARLES E. BARNETT, JR., did knowingly and willfully combine, conspire, confederate and agree with each other to intentionally exceed authorized access to the NCIC in the St. Tammany Parish District Attorney's Office, in order to obtain information, specifically NCIC criminal reports, for commercial advantage and private financial gain, with the value of the information exceeding $5,000; in violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(i) & (iii).

C. Overt Acts

In furtherance of the conspiracy and to accomplish the objects thereof, the defendants, VICKY MUNN, TODD KELLY, and CHARLES E. BARNETT, JR., committed the following overt

acts, among others, in the Eastern District of Louisiana and elsewhere, by which, on or about the dates listed below, VICKY MUNN supplied NCIC information to TODD KELLY (TK) and/or CHARLES E. BARNETT, JR., (CB), for which they paid her the enumerated amount:

| OVERT ACT | DATE | AMOUNT | PAID BY |
| --- | --- | --- | --- |
| 1. | 1/9/2003 | 180.00 | TK |
| 2. | 1/16/2003 | 90.00 | TK |
| 3. | 1/16/2003 | 30.00 | CB |
| 4. | 1/24/2003 | 180.00 | TK |
| 5. | 1/30/2003 | 90.00 | TK |
| 6. | 2/4/2003 | 180.00 | CB |
| 7. | 2/27/2003 | 120.00 | TK |
| 8. | 2/27/2003 | 60.00 | CB |
| 9. | 4/2/2003 | 90.00 | CB |
| 10. | 4/3/2003 | 150.00 | TK |
| 11. | 4/7/2003 | 520.00 | TK |
| 12. | 4/17/2003 | 120.00 | CB |
| 13. | 5/13/2003 | 240.00 | TK |
| 14. | 6/5/2003 | 120.00 | TK |
| 15. | 6/12/2003 | 90.00 | TK |
| 16. | 6/12/2003 | 90.00 | CB |
| 17. | 6/19/2003 | 30.00 | TK |
| 18. | 6/27/2003 | 180.00 | TK |
| 19. | 6/27/2003 | 30.00 | CB |
| 20. | 6/30/2003 | 60.00 | TK |
| 21. | 7/10/2003 | 150.00 | CB |

| | | | |
|---|---|---|---|
| 22. | 7/24/2003 | 90.00 | TK |
| 23. | 7/31/2003 | 30.00 | TK |
| 24. | 8/8/2003 | 330.00 | TK |
| 25. | 8/27/2003 | 270.00 | TK |
| 26. | 8/28/2003 | 120.00 | CB |
| 27. | 9/11/2003 | 150.00 | TK |
| 28. | 9/30/2003 | 240.00 | TK |
| 29. | 10/9/2003 | 120.00 | TK |
| 30. | 10/17/2003 | 120.00 | TK |
| 31. | 10/30/2003 | 180.00 | TK |
| 32. | 11/18/2003 | 210.00 | TK |
| 33. | 11/26/2003 | 120.00 | TK |
| 34. | 12/8/2003 | 150.00 | TK |
| 35. | 1/20/2004 | 120.00 | TK |
| 36. | 1/29/2004 | 270.00 | CB |
| 37. | 2/13/2004 | 330.00 | CB |
| 38. | 2/16/2004 | 60.00 | TK |
| 39. | 3/25/2004 | 90.00 | CB |
| 40. | 4/1/2004 | 150.00 | TK |
| 41. | 4/1/2004 | 150.00 | CB |
| 42. | 4/19/2004 | 120.00 | TK |
| 43. | 4/21/2004 | 240.00 | CB |
| 44. | 4/22/2004 | 90.00 | CB |
| 45. | 4/29/2004 | 210.00 | TK |
| 46. | 5/6/2004 | 120.00 | CB |
| 47. | 5/12/2004 | 150.00 | TK |
| 48. | 5/13/2004 | 350.00 | CB |

| TOTAL | 7,380.00 | |

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

FOREPERSON

_____
JIM LETTEN
United States Attorney
Bar. Roll No. 8517

_____
JAN MASELLI MANN
First Assistant United States Attorney
Chief, Criminal Division
Bar Roll No. 9020

_____
MICHAEL E. MCMAHON
Assistant United States Attorney
Bar Roll No. 10095

New Orleans, Louisiana
June 5, 2008

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_
_Criminal_ _Division_

## THE UNITED STATES OF AMERICA

vs.

TODD KELLY, VICKY LYNN MUNN, and
CHARLES E. BARNETT, JR.

## INDICTMENT

INDICTMENT FOR CONSPIRACY TO EXCEED
AUTHORIZED ACCESS OF A
GOVERNMENT COMPUTER

VIOLATION: 18 U.S.C. § 371

A true bill.

_____
*Foreperson*

Filed in open court this _____ day, of
_____ A.D. 2008.

_____
*Clerk*

Bail, $ _____

_____
**MICHAEL E. MCMAHON**
Assistant United States Attorney

FORM OBD-34