FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 26 PM 4: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MISDEMEANOR**

## SUPERSEDING MISDEMEANOR BILL OF INFORMATION FOR UNAUTHORIZED ACCESS OF A GOVERNMENT COMPUTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 08-147 |
| v. | * | SECTION: F |
| CHARLES E. BARNETT, JR. | * | VIOLATION: 18 U.S.C. § 2 |
| | | 18 U.S.C. § 1030(a)(2)(B) |

\* \* \*

The United States Attorney charges that:

### COUNT 1

A. At all times material herein:

1. The National Crime Information Center (NCIC) is a government data processing facility which electronically stores, among other things, the criminal histories of individuals throughout the United States. Access to NCIC information is intended for and confined to only authorized persons for authorized purposes. The NCIC is managed, operated and maintained by the United States Department of Justice, more particularly, the Federal Bureau of Investigation, pursuant to Title 28, Code of Federal Regulations, Section

20.31.

2. Vicky Lynn Munn was a supervisor in the worthless checks division of the St. Tammany Parish District Attorney's Office in Covington, Louisiana, and, in connection with her official duties, had access to the NCIC.

3. CHARLES E. BARNETT, JR., operated the Barnett Group - Product Liability, a private investigative firm.

4. A portion of the private investigative work performed by the Barnett Group-Product Liability involved researching and compiling the criminal histories of various individuals.

B. The Offense

On or about May 13, 2004, in the Eastern District of Louisiana, defendant CHARLES E. BARNETT, JR., and Vicky Lynn Munn; aiding and abetting each other, did knowingly, willfully and intentionally exceed authorized access to the NCIC in the St. Tammany Parish District Attorney's Office, in order to obtain information, specifically NCIC criminal reports; all in violation of Title 18,

United States Code, Sections 1030(a)(2)(B) and 2.

_____
JIM LETTEN
United States Attorney
Louisiana Bar Roll No. 8517

_____
JAN MASELLI MANN
First Assistant U.S. Attorney
Chief, Criminal Division
Louisiana Bar Roll No. 9020

_____
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095

New Orleans, Louisiana
January 26, 2009

No. 08-147 "F"

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

CHARLES E. BARNETT, JR.

SUPERSEDING MISDEMEANOR BILL OF
INFORMATION FOR UNAUTHORIZED ACCESS OF
A GOVERNMENT COMPUTER

Violation(s): 18 U.S.C. § 2
18 U.S.C. § 1030(a)(2)(B)

Filed _____, 20 09

_____, Clerk.

By _____, Deputy

_____
Assistant United States Attorney