```
MINUTE ENTRY
FELDMAN, J.
JANUARY 29,2009
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 08-147

CHARLES BARNETT, JR.                    SECTION "F"


CT DEP: STEVE HILL                         CT. REP.  TONI TUSA

GOVT: MIKE MCMAHON
DEFT: VINNIE MOSCA
REARR:     X deft sworn
           X deft pleads guilty to Ct 1 of superseding bill
           X Court questions the deft.
           X deft waives reading of the bill
           X plea letter filed
           X govt. details the evidence
           X Court accepts plea and adjudges deft guilty
           X PSI ordered
            deft remanded to custody
           X deft released on bond
           X sentencing date set for MAY 28, 2009, AT 10:30 A.M.
```

**IT IS ORDERED that the trial and pre-trial of the above defendant is cancelled.**

```
JS10-.30 MINUTES
```