FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 29 PM 4: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-147 |
| v. | * | SECTION: "F" |
| CHARLES E. BARNETT, JR. | * | |

\* \* \*

## FACTUAL BASIS

This Factual Basis will summarize evidence that would be adduced at trial in order to prove the essential elements of the offense to which defendant CHARLES E. BARNETT, JR.: a misdemeanor for unauthorized access of a government computer, all in violation of 18 U.S.C. § 1030(a)(2)(B).

The government would first prove by competent testimonial evidence that the National Crime Information Center (NCIC) is a government data processing facility, which electronically stores, among other things, the criminal histories of individuals. Testimony would establish that access to NCIC information is intended for and confined to only authorized persons for authorized purposes. The NCIC is managed, operated and maintained by the United States Department of Justice, more particularly, the FBI, pursuant to Title 28, Code of Federal Regulations, Section 20.31.

Testimony from management personnel at the St. Tammany Parish District Attorney's Office, Covington, Louisiana, would also prove that Vicky Lynn Munn was, at all times relevant to the indictment, a non-attorney supervisor in that office's worthless checks division and, in connection

with her official duties, had access to the NCIC database. She exceeded her authorized access when she ran NCIC criminal history printouts for sale to her co-defendants. There is no evidence, however, to suggest any of the district attorney's files were compromised.

Additionally, evidence would establish that Charles E. Barnett, Jr. operated the Barnett Group-Product Liability, which was a private investigative firm. A portion of the work performed by the Barnett Group-Product Liability involved researching and compiling the criminal histories, including NCIC "rap sheets," of various individuals, according to the specific needs of the firm's respective clients.

Both testimonial and documentary evidence would affirm that Vicky Lynn Munn exceeded her authorized access to NCIC information, when, on or about May 13, 2004, she utilized the computers at the St. Tammany Parish District Attorney's Office to provide an unauthorized NCIC "rap sheet" to Charles E. Barnett, Jr. Mr. Barnett was well aware of Ms. Munn's crime and he aided and abetted her in its commission. She generated the "rap sheet," turned it over to the defendant, and he, in turn, obtained it from her concomitant with the operation of his business.

JANUARY 29, 2009

_____
CHARLES E. BARNETT, JR.
Defendant

_____
PROVINO C. MOSCA
Counsel for Defendant

_____
MICHAEL E. MCMAHON
Assistant United States Attorney