MINUTE ENTRY
FELDMAN, J.
MAY 28, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-147 |
| CHARLES BARNETT, JR. | SECTION "F" |

CT. DEP.  STEVE HILL                                   CT. REP. CATHY PEPPER

SENTENCING: SEE JUDGMENT

GOVERNMENT'S MOTION TO DISMISS ORIGINAL INDICTMENT IS GRANTED

COURT ADJOURNED


JS 10 - . 15 MINUTES