UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
|---|---|---|
| VS. CHARLES E. BARNETT, JR. | XXX-XX-9871 | 08-147 F |
| | (SOC. SEC. NO.) | (CASE NO./SEC.) |

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date --------( Month MAY Day 28, Year 2009 )

**X WITH COUNSEL**      PROVINO MOSCA
                                  (Name of Counsel)

Court Reporter's Name: CATHY PEPPER

**PLEA:**  x GUILTY, and the court being satisfied     __NOLO CONTENDERE   __NOT GUILTY
that there is a factual basis for the plea.

There being a finding of
( __NOT GUILTY. Defendant is discharged.
(x GUILTY on JANUARY 29, 2009

The defendant has been convicted as charged of the offense(s) of 18 USC 1030 (a)(2)(B) Unauthorized Access of a Government Computer as charged in ct. 1 of the superseding bill of information.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby placed on probation for term of three years, as to Count 1. The defendant shall pay a fine in the amount of $5,000.00 to the United States as to Count 1. The Court waives the interest requirement and the fine shall be paid in full by August 1, 2009. While on probation, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm. The Court suspends the drug testing condition In addition, the following special conditions are imposed: The defendant shall participate in orientation and life skills program. The defendant shall pay any fine imposed. The defendant shall perform 40 hours of community service as directed by the probation officer beginning July 1, 2009. The original indictment is dismissed.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $ 25.00 as to Count(s) 1, for a total assessment of $25.00

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

SIGNED BY:
x U.S. District Judge
__U.S. Magistrate  _Martin L.C. Feldman_
(Date) May 28, 2009

CERTIFIED AS A TRUE COPY
ON THIS DATE _____

BY: _____
Deputy Clerk

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

The court makes the following recommendation to the Bureau of Prisons:

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

_____
United States Marshal

_____
Deputy Marshal