Prob12
Rev(3/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

U.S.A. vs. CHARLES E. BARNETT          Docket No. 053L 2:08CR00147-003F

## Petition on Probation and Supervised Release

COMES NOW CONSTANCE B. WHITE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charles E Barnett, who was placed on supervision by the Honorable Martin L. C. Feldman sitting in the Court at New Orleans, Louisiana, on May 28, 2009, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) Participate in the lifeskills and orientation program
2) Perform 40 hours of community service work
3) Pay a fine in the amount of $5,000.00

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

Barnett has been compliant with his conditions of probation and has completed the special condtions of his probation. Because Barnett has exemplified a productive lifestyle, this officer is requesting that he be allowed to terminate from his probation prior to his termination date on May 27, 2012.

On September 14, 2011, this case was staffed with Assistant United States Attorney Michael McMahon. Mr. McMahon indicated that he is not opposed to the request of early termination.

PRAYING THAT THE COURT WILL ORDER that Barnett be allowed to terminate early from his term of probation prior to May 27, 2012.

ORDER OF COURT

Considered and ordered this 30th day of September, 2011, and ordered filed and made a part of the records in the above case.

Martin L. C. Feldman
U.S. District Judge

Original - Clerk's Office
1 Copy - U.S. Marshal
1 Copy - U.S. Attorney
2 Copies - U.S. Probation

Respectfully,

Constance B. White
U.S. Probation Officer
985-542-6317

Place: New Orleans, Louisiana

Date: September 26, 2011